# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Harold Wayne Mitchell, IV,

Defendant.

Case No. 16-cr-02158-AJB

JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION,
EXONERATE BOND

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated.

Dated:   1/25/2018

Hon. Bernard G. Skomal
United States Magistrate Judge